# AFFIDAVIT OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## WEST PALM BEACH District of FLORIDA

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-WPB

SEP 2 0 2007

FILED _____ RECEIVED _____

Case Number: 07-11010-BKC-PGH

**IN RE: ERNEST W. WILLIS**

For: Stephen Rakusin, Esquire
    THE RAKUSIN LAW FIRM

Received by J.M. KELLEY INVESTIGATIVE SERVICES, INC. on the 29th day of August, 2007 at 11:02 am to be served on **SUNTRUST BANK A/K/A SUNTRUST BANKS, INC. THE CORPORATE REPRESENTATIVE CARE OF CATHY H. ARTHER, 200 S. ORANGE AVENUE, 9TH FLOOR, ORLANDO, FL 32801.** I, _Twanda Pickens_, being duly sworn, depose and say that on the _30_ day of _August_, 200_7_ at _12:35_ p.m., executed service by delivering a true copy of the **SUBPOENA and NOTICE OF TAKING RULE 2004 EXAMINATION (DUCES TECUM) and DEFINITIONS and SCHEDULE "A"** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving _____ as _____.

(X) OTHER SERVICE: As described in the Comments below by serving _Sandra Spencer_ as _Paralegal_.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the _13_ day of _Sept_, _07_ by the affiant who is personally known to me.

NOTARY PUBLIC

JACLYN KELLEY
MY COMMISSION # DD 652581
EXPIRES: May 21, 2011
Bonded Thru Budget Notary Services

PROCESS SERVER # 10306
Appointed in accordance
with State Statutes

**J.M. KELLEY INVESTIGATIVE SERVICES, INC.**
P.O. Box 608082
Orlando, FL 32860-8082
(407) 893-9855

Our Job Serial Number: 2007001174

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g