UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

*In re:*                                                           CASE NO.:07-11010-BKC-PGH
                                                                   Chapter 7 Proceeding
ERNEST W. WILLIS,

    Debtor.
_____/

## PLAINTIFF RED REEF'S RESPONSE TO DEBTOR'S FIRST REQUEST FOR PRODUCTION

COMES NOW, the Plaintiff, RED REEF, INC., by and through its undersigned counsel, and files its Response To Debtor's First Request For Production, pursuant to Fed.R.Civ.P. 34 and Bank.R. 7034, and as grounds therefore states as follows:

1. All documents identified in your responses to Debtor's First Set of Interrogatories to Red Reef, Inc. at Interrogatories numbered 2, 4, 6, 8, 10, and/or 12.

   **Answer: Red Reef refers to the Affidavit of Expert Witness Sharon Quinn Dixon dated December 26, 2007, and filed as C.P. # 190.**

2. The statements from the Merrill Lynch account, number 751-74781 covering October 1, 1993 through February 28, 1994.

   **Answer: None in our possession.**

3. The statement from the Merrill Lynch account, number 751-74781 corresponding in time to the transaction documented on Exhibit 10 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00081.

   **Answer: None in our possession.**

4. The statement from the Merrill Lynch account, number 751-74781 corresponding

1

in time to the transaction documented on Exhibit 11 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00078.

**Answer: None in our possession.**

5. Any statement from any Merrill Lynch account titled in the name of Sunday Willis corresponding in time to the transaction documented on Exhibit 11 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00078.

**Answer: None in our possession.**

6. The statement from the Sun Bank/Miami, N.A. account, number 0189-001131244 corresponding in time to the transaction documented on page 2 Exhibit 13 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00070.

**Answer: None in our possession.**

7. The statements from the Merrill Lynch accounts, numbered 751-74781 and 751-74781 corresponding in time to the transaction documented on Exhibit 16 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00085.

**Answer: None in our possession.**

8. The statements from the Merrill Lynch accounts, numbered 751-74781 and 751-74781 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates numbers    IS    72307-00087,    72307-00089,    72307-00090,    72307-00098,

72307-00104, 72307-00106, 72307-00110, 72307-00114 through and including 72307-00123.

**Answer: None in our possession.**

9. The statement from the Southern Community Bank account, number 345285749 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates numbers 72307-00114 through and including 72307-00123.

**Answer: None in our possession.**

10. The statements from the Merrill Lynch accounts, numbered 751-74781 and 751-74781 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00128.

**Answer: As to Merrill Lynch account #:751-74781, the records were previously provided at the Deposition of Ernest Willis on December 11, 2007 as Composite Exhibit 22, at bates number ML07030701089 through ML 07030701096. As to account #:751-30595, the records are provided with bates number ML75130595 00505 through ML75130595 00510.**

11. The statements from the Merrill Lynch accounts, numbered 751-74781 and 751-30595 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates numbers IS 72307-00129 through and including IS 72307-00131.

**Answer: As to Merrill Lynch account #:751-74781, the records were**

previously provided at the Deposition of Ernest Willis on December 11, 2007 as Composite Exhibit 22, at bates number ML07030701079 through ML 07030701088. As to account #:751-30595, the records are provided with bates number ML75130595 00272 through ML75130595 00275.

12. The statements from the Merrill Lynch account numbered 751-74781, and Fidelity Federal account numbered 345285749 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates numbers IS 72307-00132 through and including IS 72307-00142.

**Answer: As to Merrill Lynch account #:751-74781, the records were previously provided at the Deposition of Ernest Willis on December 11, 2007 as Composite Exhibit 22, at bates number ML07030701089 through ML 07030701096. As to the statements for Fidelity Fidelity account #: 345285749, there are none in our possession.**

13. The statements from the Merrill Lynch account numbered 751-74781, and Fidelity Federal account numbered 345285749 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates numbers IS 72307-00143 through and including IS 72307-00151.

**Answer: As to Merrill Lynch account #751-74781, the records were previously provided at the Deposition of Ernest Willis on December 11, 2007 as Composite Exhibit 22, at bates number ML07030701113 through ML**


**07030701122. As to statements for Fidelity Fidelity account #: 345285749, there are none in our possession.**

14. The statements from the Merrill Lynch account numbered 751-74781, and Fidelity Federal account numbered 345285749 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates numbers IS 72307-00152 through and including IS 72307-00155.

   **Answer: As to Merrill Lynch account #:751-74781, the records were previously provided at the Deposition of Ernest Willis on December 11, 2007 as Composite Exhibit 22, at bates number ML07030701113 through ML07030701122. As to statements for Fidelity Fidelity account #: 345285749, there are none in our possession.**

15. The statements from the Merrill Lynch accounts, numbered 751-74781 and 751-30595 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates numbers IS 72307-00156 through and including IS 72307-00160.

   **Answer: As to Merrill Lynch account #: 751-74781, the records were previously provided at the Deposition of Ernest Willis on December 11, 2007 as Composite Exhibit 22, at bates number ML07030701113 through ML 07030701122. As to account #: 751-30595, the records are provided with bates number ML75130595 00525 through ML75130595 00532.**

16. The statement from the Merrill Lynch account, numbered 751-74781

corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00161, and for a period of 60 days prior thereto.

**Answer: The statements were previously provided at the Deposition of Ernest Willis on December 11, 2007, at bates number ML07030701131 through ML07030701156 for the months of February through April of 2003.**

17. The statement from the Merrill Lynch account, numbered 751-74781 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00161, and for a period of 60 days prior thereto.

**Answer: The statements were previously provided at the Deposition of Ernest Willis on December 11, 2007, at bates number ML07030701131 through ML07030701156 for the months of February through April of 2003.**

18. The statement from the Stifel Nicolaus & Co. account, numbered CG2887510345 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00163.

**Answer: The statement is provided hereto at bates number SN83107 00266 through SN083107 00269.**

19. The statements from the Merrill Lynch accounts, numbered 751-74781 and 751-74781 corresponding in time to the transaction documented on Exhibit 17 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates

number IS 72307-0   0083.

**Answer: None in our possession.**

20. The statements from the Merrill Lynch accounts, numbered 751-74781 and 751-30595 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates numbers IS 72307-00192 through and including IS 72307-00199.

   **Answer: As to Merrill Lynch account #:751-74781, the records were previously provided at the Deposition of Ernest Willis on December 11, 2007, at bates number ML07030701157 through ML07030701164. As to account #:751-30595, the statement is provided with bates number ML75130595 00559 through ML75130595 00574.**

21. The statements from the Merrill Lynch accounts, numbered 751-74781 and 751-30595 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates numbers IS 72307-00200 through and including IS 72307-00201.

   **Answer: As to Merrill Lynch account #:751-74781, the records were previously provided at the Deposition of Ernest Willis on December 11, 2007, at bates number ML07030701191 through ML07030701198. As to account #:751-30595, the statement is provided with bates number ML75130595 00599 through ML75130595 00606.**

22. The statements from the Merrill Lynch accounts, numbered 751-74781 and 751-30595 corresponding in time to the transaction documented on Composite

Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates numbers IS 72307-00202 through and including IS 72307-00204.

**Answer: As to Merrill Lynch account #:751-74781, the records were previously provided at the Deposition of Ernest Willis on December 11, 2007, at bates number ML07030701165 through ML07030701172. As to account #:751-30595, the statement is provided with bates number ML75130595 00575 through ML75130595 00582.**

23. The statements from the Merrill Lynch accounts, numbered 751-74781 and 751-30595corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates numbers IS 72307-00205 through and including IS 72307-00207.

    **Answer: As to Merrill Lynch account #:751-74781, the records were previously provided at the Deposition of Ernest Willis on December 11, 2007, at bates number ML07030701191 through ML07030701198. As to account #:751-30595, the statement is provided with bates number ML75130595 00599 through ML75130595 00606.**

24. The statements from the Merrill Lynch accounts, numbered 684-79307 and 684-10592 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00211.

    **Answer: As to Merrill Lynch account #:684-79307, the statement is produced hereto at bates number ML07030700216 through ML07030700225. As to**

**Merrill Lynch account #: 684-10592, the statement is provided with bates number ML68410592 00077 through ML68410592 00084.**

25. The statements from the Merrill Lynch accounts, numbered 684-79307 and 684-10592 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00215.

    **Answer: As to Merrill Lynch account #:684-79307, the statement is produced hereto at bates number ML07030700257 through ML07030700266. As to Merrill Lynch account #: 684-10592, the statement is provided with bates number ML68410592 00135 through ML68410592 00138.**

26. The statements from the Merrill Lynch accounts, numbered 684-79307 and 684-10592 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00218.

    **Answer: As to Merrill Lynch account #:684-79307, the statement is produced hereto at bates number ML07030700277 through ML07030700286. As to Merrill Lynch account #: 684-10592, the statement is provided with ML68410592 00139 through ML68410592 00146.**

27. The statements from the Merrill Lynch accounts, numbered 684-79307 and 684-10592 corresponding in time to the transaction documented on Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00219.

> **Answer: As to Merrill Lynch account #:684-79307, the statement is produced hereto at bates number ML07030700277 through ML07030700286. As to Merrill Lynch account #: 684-10592, the statement is provided with bates number ML68410592 00139 through ML68410592 00146.**

28. All statements from the Delaware Charter Guarantee & Trust account, numbered CG28 8751-03450592, see Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00225.

    **Answer: None in our possession.**

29. All statements from the Barnett Bank account, numbered 0037876474, see Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00230.

    **Answer: None in our possession.**

30. All statements from the Amtrust Bank account, numbered 001-40000536, see Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00239.

    **Answer: None in our possession.**

31. All statements from the Pointe Federal Savings Bank account, numbered 001-0480232, see Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00252.

    **Answer: None in our possession.**

32. All statements from the Great Western Bank accounts, numbered 6314014207 and 6634006446, see Composite Exhibit 21 to the deposition of Ernest Willis of

December 11, 2007, also displaying Bates number IS 72307-00268.

**Answer: None in our possession.**

33. All statements from the Sun Bank account, numbered 00008419968, see Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00274.

**Answer: None in our possession.**

34. All statements from the Home Fed Bank account, numbered 024180010480, see Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00283.

**Answer: None in our possession.**

35. All statements from the EB Euro Bank account, numbered 00000000000732, see Composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00293.

**Answer: None in our possession.**

36. All documents obtained from Amtrust Bank.

**Answer: Produced hereto with bates number ATB91007 00001 through ATB91007 00030.**

37. All documents obtained from Fidelity Federal Bank & Trust.

**Answer: Documents are available for inspection at the following bates numbers: FFT 07200700001 through FFT072007 00713**

**FF71307 00001 through FF71307 00406**
**FFBT 090707 00001 through FFBT 090707 00552**

38. All documents obtained from Merrill Lynch, and or its predecessor(s) in interest

    **Answer: Documents are produced in disc form for account numbers 751-30595, 684-10592, and 684-79307. The records for the account #: 751-74781 were previously provided at the Deposition of Ernest Willis on December 11, 2007.**

39. The statements from the Great Western Bank account corresponding in time, and for the 60 days prior to the transaction documented on Exhibit 20 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00079.

    **Answer: None in our possession.**

40. The statements from the Merrill Lynch accounts, numbered 751-74781 and 751-781, or in the name of Sunday Willis, corresponding in time to the transaction documented on Exhibit 20 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00079.

    **Answer: None in our possession.**

41. The first or earliest statements from the Merrill Lynch accounts, numbered 684-79307 and 684-10592.

    **Answer: Produced at number 38 above.**

42. The last or latest statements from Merrill Lynch accounts, numbered 751-74781 and 751-74781.

    **Answer: Produced at number 38 above.**

43. Any documents indicating a transfer of that certain mortgage formerly held by

Peoples Southwest Real Estate Limited Partnership to the IRA account at Merrill Lynch, account number 751-74781, such mortgage being more thoroughly described on Exhibit 8 to the deposition of Ernest Willis of December 11, 2007.

**Answer: None in our possession.**

44. The statements from the source account corresponding in time, and for the 60 days prior to the transaction documented on composite Exhibit 21 to the deposition of Ernest Willis of December 11, 2007, also displaying Bates number IS 72307-00080.

**Answer: None in our possession.**

45. All documents obtained from Irving Sher.

**Answer: Assuming, this means Irving Silver, these records were previously provided at the Deposition of Ernest Willis on December 11, 2007 as Composite Exhibit 21 at bates number IS 72307-00001 through IS 72307-00320.**

46. All documents obtained from Stifel Nicolaus.

**Answer: Documents are available for inspection at bates number SN 91807 00001 to SN 91807 00005 and SN 083107 00004 through SN 083107 00269.**

47. All documents obtained during discovery in the captioned case related to Red Reef's objection to exemptions, filed at docket entries 80 and 82 in the captioned case.

**Answer: Previously produced or provided records from Irving Silver and Merrill Lynch. See also responses to paragraphs 37 and 46 above.**

Respectfully submitted,
**THE RAKUSIN LAW FIRM**
**A PROFESSIONAL ASSOCIATION**
Wachovia Tower
One East Broward Blvd., Suite 444
Fort Lauderdale, FL 33301
(954) 356-0496   Telephone
(954) 356-0416   Fax
Stephen Rakusin
Fla. Bar No. 183408


**EHRENSTEIN CHARBONNEAU CALDERIN**
Attorneys for Creditor, Red Reef, Inc.
2915 Mellon Financial Center
1111 Brickell Avenue
Miami, Florida 33131
T: 305.722.2002
F: 305.722.2001
By:_____
ROBERT CHARBONNEAU, ESQUIRE
Florida Bar No.: 968234
Rcharbonneau@ECCcounsel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above foregoing was furnished via CM/ECF electronic notice and/or U.S. mail on this 27th day of December, 2007 to the attached service list.

**Service List:**
Michael R Bakst      mrb@ebcblaw.com, chris@ebclaw.com;diane@ebclaw.com
Jacqueline Calderin     jc@ECCcounsel.com, mj@ecccounsel.com;scunningham@ECCcounsel.com;phornia@ecccounsel.com
Rilyn A Carnahan     rac@ebcblaw.com
Robert P. Charbonneau     rpc@ECCcounsel.com, scunningham@ECCcounsel.com;mj@ecccounsel.com;phornia@ecccounsel.com
Robert F. Elgidely     relgidely@gjb-law.com, cbucolo@gjb-law.com
Kevin C Gleason     kgpaecmf@aol.com
Kenneth M Jones     kjones@moodyjones.com
Soneet R. Kapila     msams@kapilaco.com
Gary J. Lublin     garylublin@aol.com
Deborah Menotte     menottetrustee@bellsouth.net, FL43@ecfcbis.com
Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
Heather L Ries     hlr@ebcblaw.com, mab@ebcblaw.com
Harry J Ross     hross@hjrlaw.com, jerri@hjrlaw.com
John A. Watson     john.watson@marshallwatson.com
Scott R. Weiss     scott.weiss@marshallwatson.com

Mr. Ernest W. Willis
590 Silver Lane
Boca Raton, FL   33432

Jane Baxter
IDG Certified Country Club Designs
393 N. E. 5th Avenue
Delray Beach, FL   33483

Submitted by: **EHRENSTEIN CHARBONNEAU CALDERIN**
Attorneys for Creditor, Red Reef, Inc.
1111 Brickell Avenue, Suite 2915
Miami, Florida 33131
T: 305.722.2002  F: 305.722.2001

By: ___/s/___
Robert Charbonneau
Fla. Bar No. 968234