ORDERED in the Southern District of Florida on _____ JAN - 3 2008



Paul G. Hyman, Chief Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:
ERNEST W. WILLIS
     Debtor.
_____/

CASE NO.: 07-11010-PGH
Chapter 7

**ORDER DISCHARGING
ORDER TO SHOW CAUSE WHY KEVIN GLEASON, ESQ.
AND ROBERT CHARBONNEAU, ESQ. SHOULD NOT BE SANCTIONED
FOR FAILURE TO SUBMIT A JOINT STIPULATION OF FACTS
AS ORDERED BY THE COURT**
(Related to DE 170)

This matter having been brought before the court for hearing on January 3, 2008, at 11:30 a.m. on the Order to Show Cause Why Kevin Gleason, Esq. and Robert Charbonneau, Esq. Should Not Be Sanctioned For Failure To submit a Joint Stipulation of Facts as Ordered By The Court (DE 170), and upon consideration of the record, good cause appearing therein, it is

ORDERED that the Order to Show Cause is discharged as to Kevin C. Gleason, Esq., and it is further

ORDERED that the Order to Show Cause is discharged as to Robert Charbonneau, Esq.

ORDERED that

###

Submitted by:
**KEVIN GLEASON, P.A.**
4121 N. 31st Ave.
Hollywood, FL 33021-2011
(954) 893-7670 Phone/(954)-893-7675 Fax
BankruptcyLawyer@aol.com

To be served via ECF upon:
Kevin C. Gleason, Esq. KGPAECMF@aol.com
All parties receiving electronic notice
Robert Charbonneau, Esq.