UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
ERNEST WILLIS                                                                CASE NO.07-11010-BKC-PGH
_____Debtor_____/                                     Chapter 7

**MOTION FOR SANCTIONS**

ERNEST WILLIS, Defendant, moves pursuant to Bankruptcy Rule 9011(c) for sanctions against, Red Reef, Inc.(hereinafter Red Reef), such sanctions to include, but be not limited to the attorneys fees and costs incurred by the Debtor in this proceeding, and including punitive sanctions for relentlessly persisting in the prosecution of this proceeding notwithstanding the total lack of legal or factual basis,  and says:

1. Red Reef has questioned the status of title in Mr. Willis and his non-debtor wife, asserted by them to be tenants-by-entireties, and found by the Court to be so.

2. Your undersigned requested, through an email on Octoer 25, 2007, that Red Reef, through counsel stipulate to the following facts:

   a. Mr. Willis' homestead property, in which Mr. Willis owns a one-half interest as a tenant-by-entireties with his wife, Sunday Willis.  The value of the fee interest in the homestead is $ 2,000,000.   Mr. Willis' interest is listed with a nominal value of $1.00. The value of the claimed exemption is listed as "Full Value", with the value of Mr. Willis' interest listed as $1.00.

   b. Mr. Willis acquired his homestead on September 30, 1986, after the death of his first wife in 1985, and transferred ownership of his homestead into the entireties by quit claim deed on October 9, 1987, after his marriage to Sunday Willis on December 28, 1986.

3. Mr. Willis's marriage license is recorded in the public records of Palm Beach County, and

1

includes the date of death of his first wife, and his marriage date to his second wife.

4. The deeds into Mr. Willis, and from him into the entireties are filed in the public records of Palm Beach County.

5. All of the elements for tenants-by-entireties are satisfied by information available in the public records.

6. There is neither a legal, nor factual basis for Red Reef's 11th hour challenge to Mr. Willis' interest in his homestead as a tenant by entireties.

Wherefore, Ernest Willis, Defendant and Debtor, requests the entry of sanctions to include, but be not limited to the attorneys fees and costs incurred by him in this action from and after October 25, 2007, for the Plaintiff's filing of pleadings and other papers which make allegations and requests for relief totally unsubstantiated in fact or law.

## CERTIFICATE OF SERVICE

The following parties were served by U.S. Mail and Fax on December 18, 2007- Stephen B Rakusin, 1 E Broward Blvd #444 , Ft. Lauderdale, FL 33301 (954-356-0416); Robert P. Charbonneau, Ehrenstein Charbonneau & Calderin 1111 Brickell Ave # 2915, Miami, Florida 33131.3112 (305.722.2001).

Respectfully submitted,
**KEVIN GLEASON, P.A.**
4121 N. 31st Ave.
Hollywood, FL 33021-2011
Attorneys for Mr. Willis
(954) 893-7670 Phone
(954)-893-7675 Fax
By: s/ Kevin C. Gleason
   Kevin C. Gleason, Esq.
   Florida Bar No. 369500