UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

**In re:**

Case No. 07-11010-BKC-PGH
Chapter 7

**ERNEST W. WILLIS**

Debtor.
_____/

## MOTION FOR AUTHORIZATION TO
## OPEN SAFE DEPOSIT BOX AND TURNOVER PROPERTY TO TRUSTEE

Deborah C. Menotte, chapter 7 Trustee for the estate of Ernest W. Willis (the "Trustee"), by and through undersigned counsel, respectfully requests that this Court enter an Order authorizing the Trustee, counsel Michael R. Bakst, Esq., and/or auctioneer Stan Crooks from Auction America, Inc., in the presence of an officer or representative of Harris Trust & Savings a/k/a Harris Bank, to open and examine the contents of the safe deposit box in the name of the Debtor, Ernest W. Willis and directing the Harris Bank to turnover and deliver to the Trustee, her counsel and/or auctioneer, the contents of the safety deposit box, including any coins or coin collection located in the safety deposit box and in support states as follows:

1. This voluntary Chapter 7 bankruptcy proceeding was filed on February 16, 2007. Deborah C. Menotte has been appointed as the Chapter 7 Trustee.

2. Ernest W. Willis (the "Debtor") listed a Coin Collection valued at $1,000.00 on his Schedule B-5 (the "Coin Collection"). The Debtor indicated on his schedules that the Coin Collection is located in a safety deposit box at Harris Trust & Savings in Chicago, Illinois in the

FTL:2738104:1

name of Ernest W. Willis. The Debtor has not claimed the Coin Collection as exempt on his Schedule C.

3.  The Coin Collection is property of the estate.

5.  The Trustee requests that an order be entered authorizing the Trustee, her counsel Michael R. Bakst or the auctioneer Stan Crooks , in the presence of an officer or representative of Harris Trust & Savings a/k/a Harris Bank, to open and examine the contents of the safe deposit box in the name of the Debtor and directing the Harris Bank to deliver:

(a)  the Coin Collection or loose coins in the safety deposit box;

(b)  any other property or papers contained in the safety deposit box.

to the Trustee, counsel Michael R. Bakst, Esq. or auctioneer Stan Crooks as designated by the Trustee.

WHEREFORE, the Trustee, Deborah C. Menotte, respectfully requests that this Court enter an Order authorizing the Trustee, her counsel Michael R. Bakst, Esq. or the auctioneer Stan Crooks, in the presence of an officer or representative of Harris Trust & Savings a/k/a Harris Bank, to open and examine the contents of the safe deposit box in the name of the Debtor and directing the Harris Bank to turnover and deliver to the Trustee, her counsel Michael R. Bakst, Esq., or the auctioneer Stan Crooks, as designated by the Trustee, the contents of the safety deposit box, including any coins or coin collection located in the safety deposit box and grant any further relief that this Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

FTL:2738104:1

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to: **J.M. Kelley Investigative Services, Inc.**; POB 608082 Orlando, FL 32860; **Stephen B Rakusin, Esq.** 2919 E. Commercial Boulevard, Ft. Lauderdale, FL 33308; **Sunday S. Willis**, 590 Silver Lane, Boca Raton, FL 33432, and **Stan Crooks**, 1696 Old Okeechobee Road, Suite 1-G, West Palm Beach, Florida 33401; **via** regular U.S. Mail and facsimile (312-461-1546) to **Harris, N.A.,** Attn: Legal Services, 111 W. Monroe, Chicago IL 60603, and via electronic mail to the parties on the attached service list on this the 20th day of June 2008.

        **RUDEN, McCLOSKY, SMITH, SCHUSTER & RUSSELL, P.A.**

        _/s/ Michael R. Bakst_
        MICHAEL R. BAKST, Esq.
        Florida Bar No. 866377
        HEATHER L. RIES, Esq.
        Florida Bar No. 581933
        Attorneys for Trustee
        222 Lakeview Ave., Suite 800
        West Palm Beach, Florida 33401
        Telephone: (561) 838-4565
        Facsimile: (561) 514-3465

FTL:2738104:1

**Electronic Mail Notice List**

- Michael R Bakst    mrb@ebcblaw.com, chris@ebclaw.com;diane@ebclaw.com
- Jacqueline Calderin    jc@ECCcounsel.com, mj@ecccounsel.com;scunningham@ECCcounsel.com;phornia@ecccounsel.com
- Rilyn A Carnahan    rac@ebcblaw.com
- Robert P. Charbonneau    rpc@ECCcounsel.com, scunningham@ECCcounsel.com;mj@ecccounsel.com;phornia@ecccounsel.com
- Robert F. Elgidely    relgidely@gjb-law.com, cbucolo@gjb-law.com
- Kevin C Gleason    kgpaecmf@aol.com
- Kenneth M Jones    kjones@moodyjones.com
- Soneet R. Kapila    msams@kapilaco.com
- Gary J. Lublin    garylublin@aol.com
- Deborah Menotte    menottetrustee@bellsouth.net, FL43@ecfcbis.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Natalie S Pappas    nataliepappas@gmail.com
- Heather L Ries    hlr@ebcblaw.com, mab@ebcblaw.com
- Harry J Ross    hross@hjrlaw.com, jerri@hjrlaw.com
- John A. Watson    john.watson@marshallwatson.com
- Scott R. Weiss    scott.weiss@marshallwatson.com

FTL:2738104:1