## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
## www.flsb.uscourts.gov

*In re:*

ERNEST W. WILLIS,

      **Debtor.**

_____/

CASE NO.: 07-11010-BKC-PGH
**Chapter 7 Proceeding**

## CREDITOR, RED REEF, INC.'S,
## OBJECTION TO DEBTOR'S
## CLAIMED EXEMPTIONS TO AMENDED SCHEDULE C

The Creditor, Red Reef, Inc. ("Red Reef"), by and through the undersigned counsel, object to the Debtor's claimed exemptions pursuant to the Debtor's *Amended Schedule C* filed at C.P. #349 (the "Amended Exemption"), and in support state as follows:

1.      This voluntary Chapter 7 bankruptcy proceeding was filed on February 16, 2007.

2.      On March 14, 2007, the Debtor filed his Schedules, including Schedule C – Property Claimed as Exempt (C.P. #13).

3.      The Debtor claimed that the full value of various IRAs held with, among others, AmTrust, Fidelity Federal and Merrill Lynch, were exempt pursuant to Florida Statutes §222.21(1). Red Reef timely filed objections to those exemptions at C.P. # 80 and 82. Red Reef realleges and reincorporates the arguments raised in those objections as if fully set forth herein.

4.      The Debtor originally attempted to avail himself of the exemptions under Florida Statutes 222.21 which provides that money or other assets in a fund or account are exempt from claims of creditors if the fund or account is operating in accordance with, *inter alia*, IRC § 408.

5.      Deborah C. Menotte, Trustee (the "Trustee") filed an adversary proceeding, Case Number 08-01383, seeking to enjoin further transfer or disposition of the monies held in the

various IRAs.  The Court scheduled a hearing on the Trustee's motion for preliminary injunction on June 20, 2008.  On June 17, 2008, three (3) days prior to the preliminary injunction hearing, and apparently after experiencing an epiphany on the issue, the Debtor amended his Schedule C, dropping any claim of exemption under Florida Statutes 222.21, and instead asserted exemptions for the IRAs under §522(b)(3)(C).  This attempted amendment to the exemption is of no moment, if other than to more clearly articulate the basis for exempting IRA accounts.

6.     The Debtor argues that § 522(b)(3)(C) takes out of property of the estate funds in an IRA account.  However, to the extent the Debtor is arguing that the objections to the exemption should be denied outright, as the IRAs are not property of the estate, without first testing the tax exempt nature of the IRA accounts under IRC § 408, is an absurd argument, although not a surprising one, given past history with this Debtor.

7.     The bases upon which Red Reef objects to the Debtor's claim of exemption in the IRA accounts remains the same as set forth in the original objections as well as Red Reef's comprehensive legal argument on the issue contained in C.P. #189.

8.     As will be demonstrated at trial, this Debtor used the funds in his IRA accounts in direct violation of applicable law, including but not limited to, IRC §408, governing the tax-exempt status of such accounts.

WHEREFORE, Trustee, Deborah C. Menotte, and Creditor, Red Reef, Inc., respectfully request the entry of an order sustaining their objection and amended objection to claimed exemptions, and for any other, further relief that this Court deems equitable and just.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed via the CM/ECF

filing system, and served on all the parties listed on the attached service list on this 17th day of

July, 2008.

*I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A)*

By:    /s/  Robert P. Charbonneau
Robert P. Charbonneau, Esq.
Florida Bar No.968234
**Ehrenstein Charbonneau Calderin**
800 Brickell Avenue
Suite 902
Miami, FL 33131
(305) 722-2002: Telephone
(305) 722-2001: Telefax

**RUDEN, McCLOSKY, SMITH, SCHUSTER &
RUSSELL, P.A.**
By:    /s/ Michael R. Bakst
MICHAEL R. BAKST, Esq.
Florida Bar No. 866377
HEATHER L. RIES, Esq.
Florida Bar No. 581933
Attorneys for the Trustee
222 Lakeview Ave., Suite 800
West Palm Beach, Florida 33401
Telephone: (561) 838-4565
Facsimile: (561) 514-3465

# Mailing Information for Case 07-11010-PGH

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- **Michael R Bakst**    mrb@ebcblaw.com,
  chris@ebclaw.com;diane@ebclaw.com;fl65@ecfcbis.com
- **Jacqueline Calderin**    jc@ECCcounsel.com,
  scunningham@ECCcounsel.com;phornia@ecccounsel.com
- **Rilyn A Carnahan**    rac@ebcblaw.com
- **Robert P Charbonneau**    rpc@ecccounsel.com,
  dgold@ECCcounsel.com;scunningham@ECCcounsel.com;phornia@ecccounsel.com
- **Robert P. Charbonneau**    rpc@ECCcounsel.com,
  scunningham@ECCcounsel.com;phornia@ecccounsel.com
- **Robert F. Elgidely**    relgidely@gjb-law.com, sanderson@gjb-law.com;ekelly@gjb-law.com;GJBecf@gjb-law.com
- **Kevin C Gleason**    kgpaecmf@aol.com
- **Kenneth M Jones**    kjones@moodyjones.com
- **Soneet R. Kapila**    msams@kapilaco.com
- **Peter H Levitt**    plevitt@shutts-law.com
- **Gary J. Lublin**    garylublin@aol.com
- **Deborah Menotte**    menottetrustee@bellsouth.net, FL43@ecfcbis.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Natalie S Pappas**    nataliepappas@gmail.com
- **Heather L Ries**    hlr@ebcblaw.com, mab@ebcblaw.com
- **Harry J Ross**    hross@hjrlaw.com, jerri@hjrlaw.com
- **John A. Watson**    john.watson@marshallwatson.com,
  Yolanda.kamperveen@marshallwatson.com
- **Scott R. Weiss**    scott.weiss@marshallwatson.com,
  Yolanda.kamperveen@marshallwatson.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

**Stan L Crooks**
1696 Old Okeechobee Rd #1G
West Palm Beach, FL 33409

**J.M. Kelley Investigative Services, Inc.**
POB 608082

Orlando, FL 32860

Mr. Ernest W. Willis
590 Silver Lane
Boca Raton, FL  33432

Ms. Jane Baxter
IDG Certified Country Club Designs
393 N. E. 5th Avenue
Delray Beach, FL  33483

SunTrust Bank
Bankruptcy Support
P.O. Box  85092
Richmond, VA 23286

Robert C. Furr
2255 Glades Rd., Suite 337W
Boca Raton, FL  33431

Stephen Rakusin, Esq.
The Rakusin Law Firm,
A Professional Association
2919 E. Commercial Blvd.
Ft. Lauderdale, FL  33308
Via Email: rakusins@aol.com