UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                Case No.: 07-11010-BKC-PGH
                                                      Chapter 7 proceeding
ERNEST W. WILLIS

    Debtor.
_____/

## TRUSTEE'S OBJECTION
## TO DEBTOR'S AMENDED EXEMPTIONS (C.P. # 349)

The Trustee in Bankruptcy, **Deborah C. Menotte,** by and through undersigned counsel, hereby files this Objection to Debtor's Amended Exemptions (C.P. # 349) and states:

1. This voluntary Chapter 7 bankruptcy proceeding was filed on February 16, 2007. Deborah C. Menotte was appointed as the interim Chapter 7 Trustee, and upon the conclusion of the § 327 first meeting of creditors on April 27, 2007, became the permanent Chapter 7 Trustee.

2. The Debtor has listed three IRAs on his Schedule B-12 as follows:

    Amstrust Bank IRA valued at $109,000.00
    Fidelity Federal IRA valued at $143,000.00
    Merrill Lynch IRA valued at $1,247,000.00

3. On June 17, 2008, the Debtor filed an Amended Schedule C claiming the full value of the Amtrust Bank IRA account ($109,000), Fidelity Federal IRA account ($143,000), and his Merrill Lynch IRA account ($1,247,000.00) IRA Accounts (the "IRA Accounts") as exempt pursuant to 11 U.S.C. § 522(b)(3)(C).

4. The Trustee objects to the Debtor's claimed exemption in the IRA Accounts and this

FTL:2808009:1

Court should sustain the Trustee's objection and deny the Debtor's claimed exemption in the IRA Accounts.

5. 11 U.S.C. § 522(b)(3)(C) provides in pertinent part as follows:

> (b)(1) Notwithstanding section 541 of this title, an individual debtor may exempt from property of the estate the property listed in either paragraph (2) or, in the alternative, paragraph (3) of this subsection…
>
> \*\*\*
>
> (3) Property listed in this paragraph is-
>
> \*\*\*
>
> (C) retirement funds to the extent that those funds <u>are in a fund or account that is exempt from taxation under section 401, 403, 408, 408A, 414, 457, or 501(a) of the Internal Revenue Code of 1986.</u>

6. In the instant case, the funds in the IRA Accounts are <u>not</u> in a fund or account that is exempt from taxation under section 401, 403, 408, 408A, 414, 457, or 501(a) of the Internal Revenue Code of 1986. The Debtor had the ability to access the funds, including principal, in the IRA Accounts, and, did access those funds in direct violation of applicable law governing the tax-exempt status of the IRA Accounts.

7. The funds in the IRA Accounts are not exempt from taxation and do not qualify for exemption and/or exclusion from the bankruptcy estate as a result of several voluntary actions taken by Mr. Willis with respect to the IRA Accounts, including, but not limited to:

    A. the transfer by the Debtor and/or his wife of $700,000.00 from the Merrill Lynch IRA to an account with Sun Bank maintained in their joint names, acquisition

FTL:2808009:1

of rights as assignee under a note and mortgage owned by Ocean One North, Inc., a Florida corporation of which the Debtor owned fifty percent (50%) of the issued and outstanding stock ("Ocean One"), in exchange for payment of approximately $800,000.

B.  multiple payments by the Debtor from his IRA Accounts to himself, coupled with the multiple transfers and contributions to his IRA Accounts, constituting loans by the Debtor's IRA Accounts to Mr. Willis and/or Ocean One and/or use by the Debtor of the income or assets of the IRA Accounts;

C.  noncompliance with rollover rules described in the Internal Revenue Code with respect to the IRA Accounts;

D.  excess contributions to the Debtor's IRA Accounts; and

E.  transfers of non-exempt funds from one IRA Account that ceased to be exempt from taxation, to another.

8.  Based on the foregoing, the funds in the Debtor's IRA Accounts are *not* in a fund or account that is exempt from taxation under section 401, 403, 408, 408A, 414, 457, or 501(a) of the Internal Revenue Code of 1986 and are not exempt and/or excluded from property of the estate pursuant to 11 U.S.C. § 522(b)(3)(C).

WHEREFORE, the Trustee, **Deborah C. Menotte**, by and through undersigned counsel, respectfully requests that the Court enter an Order sustaining the Trustee's objection to exemption of the Debtor's Amtrust Bank IRA valued at $109,000.00; the Debtor's Fidelity Federal IRA valued at $143,000.00; and the Debtor's Merrill Lynch IRA valued at $1,247,000.00; plus grant such other and

FTL:2808009:1

further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United State District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by regular U.S. Mail to: **Ernest W. Willis**, 590 Silver Lane, Boca Raton FL 33431; **J.M. Kelley Investigative Services, Inc.**; POB 608082 Orlando, FL 32860; **Stephen B Rakusin**, 2919 E Commercial Blvd., Fort Lauderdale, Florida 333084207; **SunTrust Bank Bankruptcy Support**, POB 85092, Richmond, VA 23286 on the 18th day of July, 2008 and via electronic mail to all parties on the attached service list, on this the 17th day of July 2008.

          **RUDEN, McCLOSKY, SMITH, SCHUSTER & RUSSELL, P.A.**

          _/s/ Michael R. Bakst_
          MICHAEL R. BAKST, Esq.
          Florida Bar No. 866377
          HEATHER L. RIES, Esq.
          Florida Bar No. 581933
          Attorneys for Trustee
          222 Lakeview Ave., Suite 800
          West Palm Beach, Florida 33401
          Telephone: (561) 838-4565
          Facsimile: (561) 514-3465

FTL:2808009:1

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Michael R Bakst    mrb@ebcblaw.com, chris@ebclaw.com;diane@ebclaw.com
- Jacqueline Calderin    jc@ECCcounsel.com, mj@ecccounsel.com;scunningham@ECCcounsel.com;phornia@ecccounsel.com
- Rilyn A Carnahan    rac@ebcblaw.com
- Robert P. Charbonneau    rpc@ECCcounsel.com, scunningham@ECCcounsel.com;mj@ecccounsel.com;phornia@ecccounsel.com
- Robert F. Elgidely    relgidely@gjb-law.com, cbucolo@gjb-law.com
- Kevin C Gleason    kgpaecmf@aol.com
- Kenneth M Jones    kjones@moodyjones.com
- Soneet R. Kapila    msams@kapilaco.com
- Gary J. Lublin    garylublin@aol.com
- Deborah Menotte    menottetrustee@bellsouth.net, FL43@ecfcbis.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Natalie S Pappas    nataliepappas@gmail.com
- Heather L Ries    hlr@ebcblaw.com, mab@ebcblaw.com
- Harry J Ross    hross@hjrlaw.com, jerri@hjrlaw.com
- John A. Watson    john.watson@marshallwatson.com
- Scott R. Weiss    scott.weiss@marshallwatson.com

FTL:2808009:1