UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:
ERNEST W. WILLIS,
      Debtor.     /

CASE NO.: 07-11010-BKC-PGH
Chapter 7

**DEBTOR'S RESPONSES TO FIRST
SET OF EXPERT INTERROGATORIES OF RED REEF, INC.'S**

1. Did you employ counsel, accountants, financial consultants, or other experts to opine on, analyze, or examine the IRA Accounts for the purpose of determining whether you are entitled to an exemption for those IRA Accounts?

**Yes.**

2. If so, for each counsel, accountant, consultant, or expert, state:

a. His/her name, or other means of identification, address and telephone number.

**As already disclosed prior to service of these expert interrogatories:**

> **John A Coniglio, CPA**
> **1776 N Pine Island Rd Ste 216**
> **Plantation, FL 33322**
> **954.680.6114**
>
> **Michael S. Singer, Esquire or**
> **Alan H. Baseman, Esquire**
> **Comiter, Singer & Baseman, LLP**
> **3801 PGA Blvd Ste 604**
> **Palm Beach Gardens, Florida 334102756**
> **561.626.2101**

b. His/her profession or occupation, and the field in which he allegedly is an expert.

    **John A Coniglio, CPA is a Certified Public Accountant and an expert in the adequacy of records.**

    **Michael S. Singer, Esquire or Alan H. Baseman, Esquire are attorneys admitted to practice in the State of Florida and are tax experts.**

c. The name or description of the IRA Account, account, or document that was tested, analyzed, or examined.

    **None yet, still gathering documents for their review. In addition, the scope of their review is currently limited to establishing compliance with the requirements of 11 U.S.C. §522(b)(3),(4).**

1



d. Whether you intend to call him/her as a witness during the trial of this action.

**Perhaps, depending upon the performance of "experts" called by the objecting parties, who have the burden of proof.**

3. Has/she he had a formal education in his field?

If so, state:

a. The name and address of each school where he/she received special education or

training in this field.

**Michael Singer
Tulane University
6823 St. Charles Avenue
New Orleans, LA 70118
University of Florida
Gainesville, FL 32611**

b. The dates when he/she attended each school.

**Tulane University 1980-1984**

**University of Florida 1984-1988**

c. The name or description of each degree he/she received, including the date when

each was received, and the name of the school from which received.

**Tulane University BA 1984**

**University of Florida J.D. 1984- 1987, LL.M. 1987-1988**

4. Did he/she have other specialized training in his field?

If so, state:

a. The type of training he/she received

**Numerous continuing education seminars given/received over 20 years. A complete list will be supplied if you really deem this relevant.**

b. The name and address of the school or place where he/she received this training.

**Numerous continuing education seminars given/received over 20 years. A complete list will be supplied if you really deem this relevant.**

c. The dates when he/she received this training.

**Numerous continuing education seminars given/received over 20 years. A complete list will be supplied if you really deem this relevant.**

5. Has he/she been, or is he currently, a member of any professional or trade association in his

field?

**Yes.**

If so, state:

a. The name of each professional or trade association.

**Michael Singer is a member of The Florida Bar and is a member of the following sections: Health Law; Real Property Probate and Trust Law; Tax**

b. The date he/she became a member.

**Michael Singer was admitted to The Florida Bar on March 30, 1988**

c. A description of each office he/she has held in each association.

6. Has he/she written any books, papers or articles on subjects in his/her field?

**As an author, Michael Singer has been published on numerous occasions, writing articles on asset protection (including medical practice risk management), estate planning and taxation. His articles have appeared in various publications including the Palm Beach Medical Society Journal, the Journal of Asset Protection, the Florida Bar Journal and the Estate Tax Planning Advisor. He is also an Author in a Florida Bar Publication due out in 2008. Additionally, Michael has authored what was at the time widely recognized as the leading article analyzing whether retirement plans are, in fact, exempt from creditor attachment.**

*Please specify the areas of publications you wish to know about and the detailed list will be supplied.*

If so, for each book, paper and article, state:

a. The title and subject matter.

*Please specify the areas of publications you wish to know about and the detailed list will be supplied.*

b. The name and address of the publisher.

*Please specify the areas of publications you wish to know about and the detailed list will be supplied.*

c. The date of publication.

*Please specify the areas of publications you wish to know about and the detailed list will be supplied.*

3

7. Is he/she licensed by any governmental authority or state licensing board to practice in his/her field?

**Yes.**

If so, state:

a. The designation of the authority by whom he/she was licensed.

**Michael Singer is a member of The Florida Bar.**

b. The date when he/she was licensed.

**Michael Singer was admitted to The Florida Bar on March 30, 1988.**

c. The general requirements that he/she had to meet to obtain this license.

**Michael Singer had to fulfill the educational requirements to become an attorney, and had to pass the bar exam, and had to pass the background check to be admitted to The Florida Bar.**

d. How he/she fulfilled these requirements.

**Michael Singer fulfilled the educational requirements by being awarded a Bachelor of Arts degree from Tulane University in 1984 and by being awarded degrees as a Doctor of Jurisprudence and Master of Laws from the University of Florida in 1987 and 1988.**

**One can reasonably presume that he sat for and passed the bar exam, and that he filled out the appropriate applications and was admitted to The Florida Bar.**

8. Has he/she practiced or worked in his field during the past five (5) years?

**Yes**

If he/she has not practiced or worked in his/her field during the past five (5) years, what was his/her employment during this time?

9. What experience, other than that stated above, has he/she had in his field?

**Michael Singer has represented clients in South Florida for the past 20 years and is a frequent lecturer in the areas of estate planning asset protection, and risk management.**

**Michael has also served as an expert in bankruptcy litigation involving exemptions from creditor attachment and currently serves as liaison to the Palm Beach County Medical Society in educating physicians in the areas of asset protection, business planning, estate planning and risk management.**

10. Has he/she had any previous experience in his/her field which involved issues similar to those encountered in this action? If so, describe each similar issue with which he/she has

had experience.

**Michael has also served as an expert in bankruptcy litigation involving exemptions from creditor attachment and currently serves as liaison to the Palm Beach County Medical Society in educating physicians in the areas of asset protection, business planning, estate planning and risk management. A detailed list will follow.**

11. Please set forth the expert's current employment, the dates of employment and present duties.

**Michael Singer is the Managing Partner in the law firm of Comiter, Singer & Baseman, LLP and specializes in the areas of tax law, estate planning, asset protection, and health-care law.**

12. Where and on what dates did he/she analyze or examine the subject matter of this contested matter?

**The examination has not yet taken place.**

13. What facts or information were you seeking in having this analysis or examination conducted?

**The examination has not yet taken place.**

14. Explain in detail the steps used in this analysis or examination.

**The examination has not yet taken place.**

15. Did anyone assist him/her?

**The examination has not yet taken place.**

If so, state:

a. The name and address of each person who gave assistance.

b. The type or amount of assistance given.

c. The inclusive dates that each person gave assistance.

16. Were any results or conclusions reached as a result of his/her analysis or examination? If so, set forth the results of conclusion.

**The examination has not yet taken place.**

17. Did this expert submit a report of his/her objective findings?

**The examination has not yet taken place.**

If so, state:

a. The date this report was submitted.

b. The name, or other identification, of the person to whom this report was

5

submitted; and

c. The name and address of the person who has present custody of this report.

18. Did he/she submit a report setting forth his/her opinions or conclusions reached from the analyses or examinations that he/she conducted?

**The examination has not yet taken place.**

If so, state:

a. The date this report was submitted;

b. The name, or other means of identification, or the person to whom this report was submitted; and

c. The name and address of the person who has present custody of this report.

**The examination has not yet taken place.**

d. Briefly summarize or state the opinion or conclusions reached in any such report regarding the issues and dispute in this Contested Matter?

**The examination has not yet taken place.**

19. Is the expert to be compensated for his/her work and effort in connection with this contested matter?

**Yes.**

a. If so, how much is he/she to be paid?

**Hourly fees**

b. Has he/she already been paid? If not, when will he/she be paid?

**No.**

20. Is he/she to receive any additional compensation if you are successful in this action?

**No.**

If so, what are the terms of this additional compensation?

21. What is the expert's scope of employment in the pending case and the compensation for such service?

**The scope of Michael Singer's review is currently limited to establishing compliance with the requirements of 11 U.S.C. §522(b)(3),(4). and he is to be paid on an hourly basis.**

22. What is the expert's general litigation and bankruptcy experience, including the percentage of work performed for debtors and creditors?

6

**Michael has served as an expert in bankruptcy litigation involving exemptions from creditor attachment. A detailed list will follow.**

23. Please identify other cases within the last five (5) years, in which the expert has testified by deposition or at trial.

**Michael has served as an expert in bankruptcy litigation involving exemptions from creditor attachment. A detailed list will follow.**

24. Please provide an approximation of the portion of the expert's involvement as an expert witness, which may be based on the number of hours, percentage of hours, or percentage of earned income derived from serving as an expert witness; the expert shall not be required to disclose his or her earnings as an expert witness or income derived from other services.

**Michael has served as an expert in bankruptcy litigation involving exemptions from creditor attachment. A detailed list will follow.**

## CERTIFICATE OF SERVICE

The following parties were served by the Notice of Electronic Filing July 28, 2008: Robert Charbonneau, Esq., Michael Bakst, Esq.

> Respectfully submitted,
> **KEVIN GLEASON, P.A.**
> 4121 N. 31st Ave.
> Hollywood, FL 33021-2011
> Attorneys for Mr. Willis
> (954) 893-7670 Phone
> (954)-893-7675 Fax
> By: s/ Kevin C. Gleason
>     Florida Bar No. 369500
>     BankruptcyLawyer@aol.com