```
                                                         1


 1                   UNITED STATES BANKRUPTCY COURT
                       SOUTHERN DISTRICT OF FLORIDA
 2

 3                     Judge Paul G. Hyman, Jr.

 4


 5
      In Re:
 6
                                   Case No. 07-11010-BKC-PGH
 7

 8    ERNEST W. WILLIS,

 9          Debtor.

10    _____

11

12    MOTION BY RED REEF TO COMPROMISE CONTROVERSY WITH JOHN
      MCKENZIE AND BEACON PROPERTY MANAGEMENT, INC. (337)
13

14

15                          June 24, 2008

16

17

18    The above entitled cause came on for hearing before
      the HONORABLE PAUL G. HYMAN, JR., the Chief Judge in
19    the UNITED STATES BANKRUPTCY COURT, in and for the
      SOUTHERN DISTRICT OF FLORIDA, at 1515 North Flagler
20    Drive, West Palm Beach, Palm Beach County, Florida, on
      June 24, 2008, commencing on or about 9:30 a.m., and
21    the following proceedings were had:

22


23

24      Reported by: Jacquelyn Ann Jones, Court Reporter

25
```

Ouellette & Mauldin Court Reporters  (305)358-8875

```
                                                              2

 1    APPEARANCES:

 2
      EHRENSTEIN CHARBONNEAU CALDERIN
 3    By: ROBERT  CHARBONNEAU, ESQUIRE
      On behalf of Deborah Menotte, Trustee
 4    (Appearing telephonically)

 5
      RUDEN MCCLOSKY
 6    By: MICHAEL R. BAKST, ESQUIRE
      On behalf of Deborah Menotte, Trustee
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Ouellette & Mauldin Court Reporters  (305)358-8875

   3

1       THE COURT:  This is going to be the Willis
2  case.  I'm getting Mr. Charbonneau on the line.
3  (The Court contacted Mr. Charbonneau by telephone.)
4       THE COURT:  Good morning, it's Judge Hyman.
5  How are you?
6       MR. CHARBONNEAU:  Very well.  Thanks.
7       THE COURT:  I'm calling about the Willis
8  case.
9       MR. CHARBONNEAU:  Yes, sir.
10      THE COURT:  Why don't I take appearances for
11  the record.
12      MR. CHARBONNEAU:  Your Honor, Bob
13  Charbonneau, Ehrenstein Charbonneau and Calderin,
14  appearing this morning, Your Honor in my capacity as
15  special counsel to Deborah Menotte, the Chapter 7
16  trustee.
17      MR. BAKST:  Your Honor, I'm Michael Bakst.
18  I'm present as representing Ms. Menotte in everything
19  else in this case.
20      THE COURT:  Okay.  Go ahead.
21      MR. CHARBONNEAU:  Thank you, Your Honor.
22  And also thank you for allowing me to appear by
23  phone.
24      THE COURT:  You're welcome.  Any time.
25      MR. CHARBONNEAU:  Your Honor, the Court I

4

1    know is well familiar with this particular adversary
2    proceeding, and this case in general.
3            We've filed for and obtained a TRO and a
4    preliminary injunction in this case, and had quite a
5    bit of discovery dust-ups with the defendants, Beacon
6    and McKenzie, leading up to a trial which was set in
7    the middle of May.
8            Just before the trial, Your Honor, we were
9    made aware of transfers, possible transfers by
10   existing defendant, Beason to another entity, and were
11   given leave of court to take supplemental discovery in
12   that regard.
13           It was during those discovery efforts, Your
14   Honor, we were able to reach this accommodation, which
15   we think is a pretty good deal for the estate, subject
16   to the Court's approval.
17           The Court may recall that we are suing, or
18   were suing for recovery of the estate's interest in
19   stock in the Beason Corporation.  And we were, upon
20   information and belief, of the impression that the
21   assets of Beacon were the business of managing various
22   condominium and homeowners associations, and two
23   condominium units in Delray Beach.
24           Instead of getting the stock back, Your
25   Honor, this settlement contemplates a transfer of two

                                                                5

1    condominium units free and clear of all liens, claims
2    and encumbrances, Your Honor, including a rather
3    significant judgment that's of record against Beacon
4    Property in the case of PNR versus Beacon Property
5    Management, et al.  It's a Circuit Court case in Palm
6    Beach County, Your Honor.
7            That judgment is on the order of $320,000,
8    but we're being advised that that judgment lien has
9    already been satisfied.  So the estate will get the
10   two condominium units free and clear of any liens,
11   claims, and encumbrances, including that rather
12   significant judgment lien.
13           And we would also be getting, Your Honor, in
14   addition to the two condominium units, $18,000 in
15   cash.
16           We think this represents a pretty settlement
17   as the tax assessed value for the two condominium
18   units is about $90,000 a piece.
19           We think it's a good result, Your Honor.  We
20   haven't received any objection to the motion.  And we
21   would ask the Court to approve the settlement subject
22   to any questions or comments that the Court may have.
23           THE COURT:  Okay.  I have none.  Any
24   objections?  Any questions?  Hearing none, I'll
25   approve it.

```
                                                  6

  1              MR. CHARBONNEAU:  Thank you, Your Honor.
  2              THE COURT:  You'll up load the order.
  3              MR. CHARBONNEAU:  Yes, sir, I'll do it this
  4     afternoon.
  5              THE COURT:  Good.  Thank you.
  6
  7
  8
  9
 10
 11
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

Ouellette & Mauldin Court Reporters  (305)358-8875

```
                                                           7


 1           .

 2                    C E R T I F I C A T E

 3

 4   The State of Florida     )

 5   County of Palm Beach     )

 6

 7           I, JACQUELYN ANN JONES, Court Reporter,

 8   certify that I was authorized to and did

 9   stenographically report the foregoing hearing; and

10   that the transcript is a true record of my

11   stenographic notes.

12           I further certify that I am not a relative,

13   employee, attorney or counsel of any of the parties,

14   nor am I a relative or employee of any of the parties'

15   attorney or counsel connected with the action, nor am

16   I financially interested in the action.

17

18           In witness whereof I have hereunto set my

19   hand and seal this  10th  day of  October, 2008.

20

21                           _____

22                               JACQUELYN ANN JONES

23                              Commission No. CC 995956

24                              Expires Feb 18, 2009

25
```

Ouellette & Mauldin Court Reporters   (305)358-8875